ENTERED ON DOCKET

4/16/09

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. G08-22474-REB |
| | : | |
| TALLULAH RIVER MOUNTAIN | : | CHAPTER 11 |
| RESORT, INC., | : | |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |

### ORDER DISMISSING CASE

Debtor filed the above-styled Chapter 11 case on September 1, 2008, and the Court having thereafter issued an order and notice to show cause at a hearing on April 15, 2009 why this case should not be dismissed, and the Court having held said hearing on April 15, 2009 with respect to same, for the reasons stated on the record at this hearing, it is

**ORDERED** that the above-styled Chapter 11 case be, and the same hereby is, **dismissed.**

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for the Debtor, the U.S. Trustee, and all other creditors and parties in interest herein.

**IT IS SO ORDERED.**

At Atlanta, Georgia this 16th day of April, 2009.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE